John Delikanakis, Esq.
Nevada Bar No. 5928
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5232
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com

*Attorney for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| 5024 ALTA LLC, a Nevada Limited Liability Company; CHARLOTTE CHANNING, an Individual; and BARRY CHANNING, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation; GT REPO LLC, a Texas Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00429-JCM-EJY<br><br>**JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs 5024 Alta LLC, Charlotte Channing, and Barry Channing ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA") hereby jointly move for an extension of time for Defendant BANA to respond to Plaintiffs' First Amended Complaint, extending the current deadline of May 8, 2023, to **May 12, 2023**.

1. Defendant GTO Repo LLC has not made an appearance in this case and BANA has been unable to ascertain their position on the requested extension. BANA requires additional time to investigate Plaintiffs' allegations while counsel is travelling internationally.

2. This is the first request for an extension of time sought by BANA in this action. The

requested extension is sought in good faith and not for the purposes of delay or any other improper reason.

Dated: May 9, 2023      SNELL & WILMER L.L.P.

/s/ John Delikanakis
John Delikanakis, Esq.
Nevada Bar No. 5928
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169

*Attorneys for Defendant Bank of America, N.A.*

Dated: May 9, 2023      ALVERSON TAYLOR & SANDERS

/s/ Jarod Penniman
Jarod Penniman, Esq.
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149

*Attorneys for Plaintiffs*

## **ORDER**

Good cause appearing, the joint motion to extend BANA's time to answer or otherwise oppose the complaint is extended to and including May 12, 2023.

IT IS SO ORDERED.

DATED this 9th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE