**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
Nevada Bar No. 15293
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\*    \*    \*

|  |  |
|---|---|
| 5024 ALTA LLC, a Nevada Limited Liability Company; CHARLOTTE CHANNING, an Individual; and BARRY CHANNING, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation; GT REPO LLC, a Texas Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | CASE NO.: 2:23-cv-00429-JCM-EJY |

**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST**

     Kurt R. Bonds, Esq. and Adam R. Knecht, Esq., of the law firm Hall & Evans, LLC (the "firm"), as former counsel for 5024 Alta LLC, Barry Channing and Charlotte Channing, (the "Party"), hereby submits Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq. and Adam R. Knecht, Esq., (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

///

AK/19891-1

**MEMORANDUM OF POINTS AND AUTHORITIES**

Kurt R. Bonds, Esq. and Adam R. Knecht, Esq., are no longer involved in this matter. ECF notice to Kurt R. Bonds, Esq., and Adam R. Knecht, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq. and Adam R. Knecht, Esq.,

DATED this **8th** day of May, 2024.

HALL & EVANS, LLC

 */s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**Dated: May 8, 2024**

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                         AK/19891-1