D. CHRIS ALBRIGHT, ESQ.
NV Bar No. 4904
DANIEL R. ORMSBY, ESQ.
NV Bar No. 14595
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
T: (702) 384-7111
F:  (702) 384-0605
dca@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 5024 ALTA LLC, a Nevada Limited Liability Company; CHARLOTTE CHANNING, an individual; and BARRY CHANNING, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation; GT REPO LLC, a Texas Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.:   2:23-cv-00429-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, 5024 ALTA LLC, a Nevada Limited Liability Company; CHARLOTTE CHANNING, an individual; and BARRY CHANNING, an individual (hereinafter "Plaintiffs") and Defendant Bank of America, N.A. ("Defendant BANA") (together with Plaintiffs, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree, based on the Parties having reached a settlement agreement with respect to the claims asserted herein, that all claims asserted in Plaintiffs' Complaint filed herein, including any and all claims that could have been

asserted between the Parties related thereto, shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs incurred herein.

**IT IS SO STIPULATED**.

Dated: February 24, 2025.                                              Dated: February 24, 2025.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**                    **SNELL & WILMER**

By: _/s/ D, Chris Albright_
    D. CHRIS ALBRIGHT, ESQ. (4904)
    DANIEL R. ORMSBY, ESQ. (14595)
    801 South Rancho Drive, Suite D-4
    Las Vegas, Nevada 89106
    *Attorneys for Plaintiffs*

By: _/s/ John S. Delikanakis_
    JOHN S. DELIKANAKIS, ESQ. (5928)
    ERIN M. GETTEL, ESQ. (13877)
    3883 Howard Hughes Pkwy, Ste 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant Bank of America, N.A.*

## ORDER

**IT IS SO ORDERED** that, pursuant to the agreement of the parties, the above-entitled case is hereby dismissed, with prejudice, both parties to bear their own attorney's fees and costs incurred herein.

By: _[signature] James C. Mahan_
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2025

| | |
|---|---|
| **From:** | Daniel Ormsby |
| **To:** | Delikanakis, John; Gettel, Erin; Mestre, Michael S. |
| **Cc:** | Chris Albright; Andrea Brebbia |
| **Subject:** | RE: 5025 Alta v. BANA -- OK to affix and file. |
| **Date:** | Monday, February 24, 2025 1:42:32 PM |
| **Attachments:** | image001.png |

Thank you!

**Daniel R. Ormsby, Esq.**



Phone (702) 384-7111 / Fax (702) 384-0605

www.albrightstoddard.com

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

**From:** Delikanakis, John <jdelikanakis@swlaw.com>
**Sent:** Monday, February 24, 2025 1:42 PM
**To:** Daniel Ormsby <dormsby@albrightstoddard.com>; Gettel, Erin <egettel@swlaw.com>; Mestre, Michael S. <mmestre@mcguirewoods.com>
**Subject:** RE: 5025 Alta v. BANA -- OK to affix and file.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thank you, Daniel.  You may affix my signature and file.

Best,

John


**John Delikanakis**

**O:** 702.784.5259 | **M:** 702.232.1840
jdelikanakis@swlaw.com

**SNELL & WILMER**

swlaw.com | LinkedIn

1700 South Pavilion Center Drive | Suite 700 | Las Vegas, NV 89135

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

**From:** Daniel Ormsby <dormsby@albrightstoddard.com>
**Sent:** Saturday, February 22, 2025 10:55 AM
**To:** Delikanakis, John <jdelikanakis@swlaw.com>; Gettel, Erin <egettel@swlaw.com>; Mestre, Michael S. <mmestre@mcguirewoods.com>
**Subject:** 5025 Alta v. BANA

**[EXTERNAL]** dormsby@albrightstoddard.com

Counsel,

Please let us know if we have permission to affix your electronic signature to the attached and we will submit the same for dismissal.

Thanks,

Daniel

Daniel R. Ormsby, Esq.
Albright, Stoddard, Warnick & Albright
801 S. Rancho Dr., Suite D-4
Las Vegas, NV 89106
Phone (702) 384-7111
Fax (702) 384-0605
dormsby@albrightstoddard.com
www.albrightstoddard.com

Phone (702) 384-7111 / Fax (702) 384-0605
Sent from a mobile device. Please excuse typos.